| | |
|---|---|
| 1 | PERRIE M. WEINER (Bar No. 134146) |
| | perrie.weiner@dlapiper.com |
| 2 | ROBERT D. WEBER (Bar No. 165992) |
| | robert.weber@dlapiper.com |
| 3 | DLA PIPER LLP (US) |
| | 2000 Avenue of the Stars, Fourth Floor |
| 4 | Los Angeles, CA  90067 |
| | Tel:  310.595.3000 |
| 5 | Fax:  310.595.3300 |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPF FLAGSHIP FUND 14, LLC, a California limited liability company; MPF INCOME FUND 26, LLC, a California limited liability company; MPF NORTHSTAR FUND, LP, a California limited partnership; MPF FLAGSHIP FUND 15, LLC, a California limited liability company; MPF PLATINUM FUND 14, LP, a California limited partnership; and COASTAL REALTY BUSINESS TRUST, a California Corporation, | CASE NO. CV 11-5223 JSC |
| | **STIPULATION WAIVING SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO THE COMPLAINT;** |
| | **[PROPOSED] ORDER THEREON** |
| Plaintiffs, | |
| v. | |
| DIVIDEND CAPITAL TOTAL REALTY TRUST, INC., a Maryland Corporation; DIVIDEND CAPITAL TOTAL ADVISORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

DLA PIPER LLP (US)
LOS ANGELES

WEST\225380631.2

1    IT IS HEREBY STIPULATED AND AGREED among the undersigned
2 parties as follows:
3    1.    Pursuant to Federal Rule of Civil Procedure rule 4(d) Defendants
4 Dividend Capital Total Realty Trust, Inc. and Dividend Capital Total Advisors LLC
5 (collectively, "Defendants"), and each of them, waive service of process of the
6 Complaint and summons.  Defendants also confirm service and receipt of the
7 following additional documents: (a) Certification of Interested Entities or Persons
8 Pursuant to Civ. Local Rule 3-16 & Corporate Disclosure Statement Pursuant to
9 Fed. R of Civ. Proc., Rule 7.1; (b) Civil Cover Sheet; (c) Order Setting Initial Case
10 Management Conference and ADR Deadlines & Civil Standing Order for
11 Magistrate Judge Jacqueline Scott Corley; (d) Notice of Assignment of Case to a
12 United States Magistrate Judge for Trial; (e) (form) Consent to Proceed before a
13 U.S. Magistrate Judge and (form) Declination to Proceed before a Magistrate Judge
14 & Req. for Reassignment to a U.S. Dist. Judge; (f) Welcome to the U.S. District
15 Court San Francisco and U.S. District Court Northern California ECF Registration
16 Information Handout; and (g) Notice Regarding Cameras in the Courtroom Pilot.
17    2.    Defendants shall have until December 2, 2011 to respond to the
18 Complaint.
19    3.    By entering into this stipulation, Defendants do not intend to waive
20 and do not waive any rights or defenses otherwise available or that may become
21 available in the course of the above-captioned action and any related or
22 consolidated actions, except that Defendants do waive any right to contest proper
23 service of process.
24    4.    No other requests for extension have been made.
25
26
27
28

DATED: November 7, 2011

| THEODORA ORINGHER PC | DLA PIPER LLP (US) |
|---|---|
| /s Tony Bchignani | /s Robert D. Weber |
| Tony Buchignani | Robert D. Weber |
| Counsel for Plaintiffs | Counsel for Defendants |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: November 15, 2011

*Jacqueline S. Corley*
United States District Judge
Jacqueline Scott Corley

DLA Piper LLP (US)
Los Angeles

WEST\225380631.2

-2-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067-4704.

On November 14, 2011, I served the foregoing document(s) described as:

**STIPULATION WAIVING SERVICE OF PROCESS AND EXTENDING TIME TO RESPOND TO THE COMPLAINT; [PROPOSED] ORDER THEREON**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as stated below.

| | |
|---|---|
| Antony Buchignani, Esq.<br>THEODORA ORINGHER PC<br>10880 Wilshire Boulevard, Suite 1700<br>Los Angeles, CA 90024-4101<br>Tel: (310) 557-2009<br>Fax: (310) 551-0283 | *Attorneys for Plaintiffs* |

☒ **(BY ELECTRONIC SERVICE VIA ECF FILING)** The document was served when electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed above.

☐ **(BY HAND DELIVERY)** I delivered the within documents to Corporate Legal Services for delivery to the above address(es) with instructions that such envelope be delivered personally on November 14, 2011 to the above named individuals.

☐ **(BY OVERNIGHT MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with an overnight courier service. Under that practice it would be deposited with said overnight courier service on that same day with delivery charges thereon

WEST\225383355.1

billed to sender's account, at Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 14, 2011, at Los Angeles, California.

Ann Lozinski
[Print Name Of Person Executing Proof]     [Signature]

WEST\225383355.1