Antony Buchignani, Esq. (CA State Bar No. 186528)
tbuchignani@tocounsel.com
Stacey L. Zill, Esq.    (CA State Bar No. 177268)
szill@tocounsel.com
Marc Berkemeier, Esq.   (CA State Bar No. 234912)
mberkemeier@tocounsel.com
**THEODORA ORINGHER PC**
10880 Wilshire Boulevard, Suite 1700
Los Angeles, California 90024-4101
Telephone:  (310) 557-2009
Facsimile:  (310) 551-0283

Attorneys for Plaintiffs
MPF FLAGSHIP FUND 14, LLC; MPF INCOME FUND 26, LLC; MPF NORTHSTAR FUND, LP; MPF FLAGSHIP FUND 15, LLC; MPF PLATINUM FUND, LP; COASTAL REALTY BUSINESS TRUST; CMG PARTNERS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPF FLAGSHIP FUND 14, LLC, a California limited liability company; MPF INCOME FUND 26, LLC, a California limited liability company; MPF NORTHSTAR FUND, LP, a California limited partnership; MPF FLAGSHIP FUND 15, LLC, a California limited liability company; MPF PLATINUM FUND, LP, a California limited partnership; and COASTAL REALTY BUSINESS TRUST, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>DIVIDEND CAPITAL TOTAL REALTY TRUST, INC., a Maryland corporation; DIVIDEND CAPITAL TOTAL ADVISORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 11-5223 SC<br><br>**STIPULATION RE EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT** |

865603.1/22212.05002

This stipulation is entered into by and between the parties hereto, through their respective counsel of record, based on the following facts:

1. WHEREAS, on October 26, 2011, Plaintiffs MPF FLAGSHIP FUND 14, LLC, MPF INCOME FUND 26, LLC, MPF NORTHSTAR FUND, LP, MPF FLAGSHIP FUND 15, LLC, MPF PLATINUM FUND, LP, and COASTAL REALTY BUSINESS TRUST (collectively "Plaintiffs") filed their Complaint against defendants DIVIDEND CAPITAL TOTAL REALTY TRUST, INC. and DIVIDEND CAPITAL TOTAL ADVISORS LLC (collectively "Defendants").

2. WHEREAS, on December 2, 2011, Defendants filed their Notice of Motion and Motion to Dismiss the Complaint ("Motion").

3. WHEREAS, in response to Defendants' Motion, Plaintiffs intend to file a First Amended Complaint.

4. WHEREAS, under Fed. R. Civ. P. 15(a)(1)(B), the last day for Plaintiffs to file their First Amended Complaint is December 23, 2011.

5. WHEREAS, the parties are presently engaged in settlement discussions and have reached an agreement in principle that, if consummated in a written settlement agreement, will result in a complete dismissal of this case.

6. WHEREAS, the parties desire sufficient time to negotiate the terms of a settlement agreement and dismiss the action without the need for Plaintiffs to expend the time, resources, and money necessary to draft and file a First Amended Complaint.

7. WHEREAS, this is the first stipulation by the parties to enlarge the time within which Plaintiffs may file a First Amended Complaint.

8. WHEREAS, this Stipulation is made in good faith, in order to permit the parties to negotiate the terms of a settlement agreement and dismiss the action, and not for purposes of delay.

1     9.    WHEREAS, the parties now seek, subject to approval by this Court, to extend the time in which Plaintiffs may file their First Amended Complaint from December 23, 2011, to and including January 6, 2012.

    NOW THEREFORE, Plaintiffs and Defendants STIPULATE and AGREE as follows:

    1.    The time within which Plaintiffs may file their First Amended Complaint is extended from December 23, 2011, to and including January 6, 2012

DATED: December 23, 2011    THEODORA ORINGHER PC

By:  /s/ Antony Buchignani
Antony Buchignani
Stacey Zill
Attorneys for Plaintiffs
MPF FLAGSHIP FUND 14, LLC; MPF INCOME FUND 26, LLC; MPF NORTHSTAR FUND, LP; MPF FLAGSHIP FUND 15, LLC; MPF PLATINUM FUND, LP; AND COASTAL REALTY BUSINESS TRUST

DATED: December 23, 2011    DLA PIPER LLP (US)

By:  /s/ Robert Weber
Perrie Weiner
Robert Weber
Attorneys for Defendants
DIVIDEND CAPITAL TOTAL REALTY TRUST, INC. and DIVIDEND CAPITAL TOTAL ADVISORS LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 1/3/12 _____    _____
    Judge, United States District Court

*IT IS SO ORDERED — Judge Samuel Conti* (seal: United States District Court, Northern District of California)