1  Antony Buchignani, Esq. (CA State Bar No. 186528)
   tbuchignani@tocounsel.com
2  Stacey L. Zill, Esq.          (CA State Bar No. 177268)
   szill@tocounsel.com
3  Marc Berkemeier, Esq.    (CA State Bar No. 234912)
   mberkemeier@tocounsel.com
4  **THEODORA ORINGHER PC**
   10880 Wilshire Boulevard, Suite 1700
5  Los Angeles, California  90024-4101
   Telephone:   (310) 557-2009
6  Facsimile:   (310) 551-0283

7  Attorneys for Plaintiffs
   MPF FLAGSHIP FUND 14, LLC; MPF
8  INCOME FUND 26, LLC; MPF
   NORTHSTAR FUND, LP; MPF
9  FLAGSHIP FUND 15, LLC; MPF
   PLATINUM FUND, LP; COASTAL
10 REALTY BUSINESS TRUST; CMG
   PARTNERS, LLC

11

12                **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14 | MPF  FLAGSHIP  FUND  14, LLC, a      | Case No. CV 11-5223 SC
   California  limited  liability  company;
15 | MPF  INCOME  FUND  26, LLC, a        | **SECOND STIPULATION RE**
   California  limited  liability  company;  | **EXTENSION OF TIME TO FILE**
16 | MPF  NORTHSTAR  FUND,  LP,  a        | **FIRST AMENDED COMPLAINT**
   California  limited  partnership;  MPF
17 FLAGSHIP FUND 15, LLC, a California
   limited    liability    company;    MPF
18 PLATINUM  FUND,  LP,  a  California
   limited  partnership;  and  COASTAL
19 REALTY   BUSINESS   TRUST,   a
   California corporation,

20
                Plaintiffs,
21
        vs.
22
   DIVIDEND    CAPITAL    TOTAL
23 REALTY  TRUST,  INC.,  a  Maryland
   corporation;  DIVIDEND  CAPITAL
24 TOTAL  ADVISORS  LLC,  a  Delaware
   limited  liability  company;  and DOES 1
25 through 10, inclusive,

26             Defendants.

27

28