1  Antony Buchignani, Esq. (CA State Bar No. 186528)
   tbuchignani@tocounsel.com
2  Stacey L. Zill, Esq.         (CA State Bar No. 177268)
   szill@tocounsel.com
3  Marc Berkemeier, Esq.    (CA State Bar No. 234912)
   mberkemeier@tocounsel.com
4  **THEODORA ORINGHER PC**
   10880 Wilshire Boulevard, Suite 1700
5  Los Angeles, California  90024-4101
   Telephone:   (310) 557-2009
6  Facsimile:    (310) 551-0283

7  Attorneys for Plaintiffs
   MPF FLAGSHIP FUND 14, LLC; MPF
8  INCOME FUND 26, LLC; MPF
   NORTHSTAR FUND, LP; MPF
9  FLAGSHIP FUND 15, LLC; MPF
   PLATINUM FUND, LP; COASTAL
10 REALTY BUSINESS TRUST; CMG
   PARTNERS, LLC

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPF FLAGSHIP FUND 14, LLC, a California limited liability company; MPF INCOME FUND 26, LLC, a California limited liability company; MPF NORTHSTAR FUND, LP, a California limited partnership; MPF FLAGSHIP FUND 15, LLC, a California limited liability company; MPF PLATINUM FUND, LP, a California limited partnership; and COASTAL REALTY BUSINESS TRUST, a California corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DIVIDEND CAPITAL TOTAL REALTY TRUST, INC., a Maryland corporation; DIVIDEND CAPITAL TOTAL ADVISORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. CV 11-5223 SC<br><br>**SECOND STIPULATION RE EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT** |

866513.1/22212.05002