1  PERRIE M. WEINER (Bar No. 134146)
   perrie.weiner@dlapiper.com
2  ROBERT D. WEBER (Bar No. 165992)
   robert.weber@dlapiper.com
3  **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
4  Suite 400 North Tower
   Los Angeles, CA  90067-4704
5  Tel:  310.595.3000
   Fax:  310.595.3300
6  Attorneys for Defendants
   DIVIDEND CAPITAL TOTAL REALTY TRUST, INC.
7  and DIVIDEND CAPITAL TOTAL ADVISORS LLC

8  TONY BUCHIGNANI (Bar No. 186528)
   tbuchignani@tocounsel.com
9  **THEODORA ORINGHER PC**
   10880 Wilshire Boulevard, Suite 1700
10 Los Angeles, CA 90024-4101
   Tel: 310.557.2009
11 Fax: 310.551.0283
   Attorneys for Plaintiffs
12 MPF FLAGSHIP FUND 14, LLC, MPF INCOME
   FUND 26, LLC, MPF NORTHSTAR FUND, LP, MPF
13 FLAGSHIP FUND 15, LLC, MPF PLATINUM FUND,
   LP and COASTAL REALTY BUSINESS TRUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MPF FLAGSHIP FUND 14, LLC, a California limited liability company, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DIVIDEND CAPITAL TOTAL REALTY TRUST, INC., a Maryland corporation; DIVIDEND CAPITAL TOTAL ADVISORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 11-5223 SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WEST\229085862.1

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs MPF Flagship Fund 14, LLC, MPF Income Fund 26, LLC, MPF Northstar Fund, LP, MPF Flagship Fund 15, LLC, MPF Platinum Fund, LP, Coastal Realty Business Trust (collectively the "**Plaintiffs**") and Defendants Dividend Capital Total Realty Trust, Inc. and Dividend Capital Total Advisors, LLC (collectively, "**Defendants**") hereby stipulate that this action and all claims Plaintiffs have asserted against Defendants in this action are hereby **dismissed with prejudice**. Each party to bear its own costs and attorneys' fees.

Respectfully submitted this 31st day of January, 2012.

**THEODORA ORINGHER PC**

By: /s/ Tony Buchignani
TONY BUCHIGNANI

Attorneys for Plaintiffs
MPF FLAGSHIP FUND 14, LLC, MPF INCOME FUND 26, LLC, MPF NORTHSTAR FUND, LP, MPF FLAGSHIP FUND 15, LLC, MPF PLATINUM FUND LP and COASTAL REALTY BUSINESS TRUST

**DLA PIPER LLP (US)**

By: /s/ Robert D. Weber
PERRIE M. WEINER
ROBERT D. WEBER

Attorneys for Defendants
DIVIDEND CAPITAL TOTAL REALTY TRUST, INC. and DIVIDEND CAPITAL TOTAL ADVISORS LLC

IT IS SO ORDERED
/s/ Samuel Conti
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: February 1, 2012

WEST\229085862.1

1